**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 169 MAL 2023 |
| Respondent | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| v. | : |
| ANTHONY BRIGHT, | : |
| Petitioner | : |
| COMMONWEALTH OF PENNSYLVANIA, | : No. 170 MAL 2023 |
| Respondent | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| v. | : |
| ANTHONY BRIGHT, | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of September, 2023, the Petition for Allowance of Appeal is **DENIED**.